UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br>*Defendants*. | Civil Action No. 8:21-cv-00121-PWG |

### Request for Wavier of Courtesy Copies Requirement

Pursuant to the standing order issued by Chief Judge Bredar on June 18, 2020 regarding the submission of paper courtesy copies during the COVID-19 pandemic, undersigned counsel for Plaintiffs respectfully requests permission not to submit paper courtesy copies during the pandemic.

Plaintiffs' attorneys are employees of Plaintiff The Humane Society of the United States (HSUS), a not-for-profit organization. As a result of the ongoing pandemic, HSUS' Washington, D.C. and Gaithersburg, Maryland offices are closed until at least April 1, 2021, and Plaintiffs' attorneys are working from home with limited access to printing equipment. Accordingly, preparing and submitting paper courtesy copies creates a burden for counsel that would not exist if they were able to work from their offices.

For these reasons, counsel respectfully requests permission not to file paper courtesy copies in this case during the COVID-19 pandemic.

1

Dated: January 19, 2021

        Respectfully submitted,
        */s/ Ralph E. Henry*

        RALPH E. HENRY (Bar No. 21559)
        The Humane Society of the United States
        1255 23rd Street NW, Suite 450
        Washington, DC 20037
        rhenry@humanesociety.org
        Telephone: (202) 676-2324
        Facsimile: (202) 778-6134

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2021, Margaret Robinson served the foregoing Request for Waiver via USPS certified mail to the following entities:

National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

James M. Anderson, Deputy Director
Division of Program Coordination, Planning, and Strategic Initiatives
National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

Civil Process Clerk
Robert K. Hurr, U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

Jeffrey A. Rosen
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    /s/ *Ralph E. Henry*
    RALPH E. HENRY

    */s/Margaret Robinson*
    MARGARET ROBINSON
    (signed by Ralph E. Henry with
    permission of Margaret Robinson)

    *Attorneys for Plaintiffs*