UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br>　　　　　*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*<br><br>　　　　　*Defendants*. | Civil Action No.  8:21-cv-00121-LKG |

## PLAINTIFFS' REQUEST FOR A HEARING

Pursuant to Local Civil Rule 105.6, Plaintiffs, by and through their undersigned counsel, respectfully request a hearing on their Motion for Partial Summary Judgment on Count One (ECF No. 38) and Defendants' Motion for Partial Summary Judgment (ECF No. 41).[1]

Dated: June 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Margaret Robinson*

　　　　　　　　　　　　　　　　　　　　　　　　Margaret Robinson (Bar No. 814914)*
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas Arrivo (Bar No. 814909)*
　　　　　　　　　　　　　　　　　　　　　　　　The Humane Society of the United States
　　　　　　　　　　　　　　　　　　　　　　　　1255 23rd Street NW, Suite 450
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　　　　mrobinson@humanesociety.org
　　　　　　　　　　　　　　　　　　　　　　　　narrivo@humanesociety.org
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 676-2369
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 778-6134

---

[1] If the Court determines a hearing is not required, Plaintiffs respectfully request the opportunity to move to file a surreply, pursuant to Local Civil Rule 105.2(a), to provide Plaintiffs the opportunity to respond to arguments Plaintiffs believe Defendants raised for the first time in their reply brief (ECF No. 50).

1

<u>/s/ Ralph E. Henry</u>

Ralph E. Henry (Bar No. 21559)
The Humane Society of the United States
1255 23rd Street NW, Suite 450
Washington, DC 20037
rhenry@humanesociety.org
Telephone: (202) 676-2324
Facsimile: (202) 778-6134
(*signed by Margaret Robinson with permission of Ralph Henry*)

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*
