IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,** *et al.*, | * |
| *Plaintiffs*, | * |
| v. | * Civil No. 21-121-LKG |
| **NATIONAL INSTITUTES OF HEALTH,** *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' LINE REGARDING SUMMARY JUDGMENT BRIEFING

At the Court's request, Defendants file this line to clarify their operative summary judgment briefing. ECF No. 41 is Defendants' operative Summary Judgment brief. Due to technical issues with a few of the exhibits, Defendants filed ECF No. 41 with a few placeholder exhibits. The technical issues with those exhibits were resolved on March 25, 2022, at which time Defendants re-filed its Motion and Opposition, along with the fixed exhibits (Exs. 9, 9A, 9B, 9C, 10, and 11). Those exhibits are meant to be substituted in for the placeholder exhibits filed with ECF No. 41. ECF No. 42, the re-filed Motion and Opposition, is identical to ECF No. 41.

Respectfully submitted,

Erek L. Barron
United States Attorney

 /s/ Matthew A. Haven
Matthew A. Haven
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

1