FILED: May 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1392
(8:21-cv-00121-LKG)

_____

THE HUMANE SOCIETY OF THE UNITED STATES; THE HUMANE SOCIETY LEGISLATIVE FUND; ANIMAL PROTECTION OF NEW MEXICO; HOLLY ANDREAS; ELIZABETH REED; NANCY MEGNA

      Plaintiffs - Appellees

v.

NATIONAL INSTITUTES OF HEALTH; JAMES M. ANDERSON, in his official capacity as Deputy Director of the National Institutes of Health

      Defendants - Appellants

_____

O R D E R

_____

Upon appellants' unopposed motion to place appeal in abeyance, the court grants the motion and places this case in abeyance pending the conclusion of ongoing remedial proceedings in district court. The parties shall file a status report on June 7, 2023, and every thirty days thereafter. The government shall file an appropriate motion regarding further proceedings on appeal within twenty days of the district

court's ruling on the pending remedial issue.

For the Court

/s/ Patricia S. Connor, Clerk
