FILED: March 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1392 (L)
(8:21-cv-00121-LKG)

_____

THE HUMANE SOCIETY OF THE UNITED STATES; THE HUMANE SOCIETY LEGISLATIVE FUND; ANIMAL PROTECTION OF NEW MEXICO; HOLLY ANDREAS; ELIZABETH REED; NANCY MEGNA

   Plaintiffs - Appellees

v.

NATIONAL INSTITUTES OF HEALTH; JAMES M. ANDERSON, in his official capacity as Deputy Director of the National Institutes of Health

   Defendants - Appellants

_____

No. 24-1138
(8:21-cv-00121-LKG)

_____

THE HUMANE SOCIETY OF THE UNITED STATES; THE HUMANE SOCIETY LEGISLATIVE FUND; ANIMAL PROTECTION OF NEW MEXICO; HOLLY ANDREAS; ELIZABETH REED; NANCY MEGNA

   Plaintiffs - Appellants

v.

NATIONAL INSTITUTES OF HEALTH; JAMES M. ANDERSON, in his official capacity as Deputy Director of the National Institutes of Health

Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motions to voluntarily dismiss these cases pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motions.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk